1   SCOTT A. KRONLAND (SBN 171693)
2   STACEY M. LEYTON (SBN 203827)
    REBECCA C. LEE (SBN 305119)
3   ALTSHULER BERZON LLP
4   177 Post Street, Suite 300
    San Francisco, CA 94108
5   Telephone: (415) 421-7151
6   Facsimile: (415) 362-8064
    E-mail:  skronland@altber.com
7            rlee@altber.com

8   *Attorneys for Defendant United Domestic*
9   *Workers of America, AFSCME Local 3930*

10              UNITED STATES DISTRICT COURT

11              SOUTHERN DISTRICT OF CALIFORNIA

12

13  STEPHEN NICHOLS,                    CASE NO. 3:19-cv-02012-CAB-KSC

14              Plaintiff,              **NOTICE OF SETTLEMENT;**
                                        **STIPULATION TO REQUEST**
15          v.                          **ABEYANCE**

16

17  THE HOME CARE PROVIDERS
    UNION,
18

19              Defendant.

20

21

22

23

24

25

26

27

28

The Parties to the above-captioned matter stipulate and hereby notify the Court that they have executed a settlement agreement resolving all claims in this case. Upon the implementation of certain provisions in the settlement agreement, Plaintiff will dismiss this case. Accordingly, the Parties jointly request that the Court hold this case in abeyance until January 31, 2020, to allow the Parties sufficient time to implement the necessary provisions of the settlement agreement.

Dated: January 16, 2020    Respectfully submitted,

              SCOTT A. KRONLAND
              STACEY M. LEYTON
              REBECCA C. LEE
              Altshuler Berzon LLP

              By: */s/ Stacey M. Leyton*
                 Stacey M. Leyton

              Attorneys for Defendant United Domestic Workers of America, AFSCME Local 3930

Dated: January 16, 2020    By:  */s/ Philip Mauriello*
                 Philip Mauriello

              Attorney for Plaintiff