Philip Mauriello, Esq. (SBN 321227)
Arete Law A.P.C.
1511 Felspar Street, #3
San Diego, CA 92109
Telephone: (619) 693-6474
Fax: (619) 693-6474
Email: phil@arete.law

*Attorney for Plaintiff Stephen Nichols*

SCOTT A. KRONLAND (SBN 171693)
STACEY M. LEYTON (SBN 203827)
REBECCA C. LEE (SBN 305119)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: skronland@altber.com
   sleyton@altber.com
   rlee@altber.com

*Attorneys for Defendant United Domestic Workers of America, AFSCME Local 3930*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN NICHOLS,<br><br>        Plaintiff,<br><br>    vs<br><br>THE HOME CARE PROVIDERS UNION,<br><br>        Defendant. | Case No. 3:19-CV-02012-CAB-KSC<br><br>JOINT STIPULATION OF DISIMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. Cathy Ann Bencivengo<br><br>Dept: 4C |

It is hereby stipulated by and between the parties, through their respective counsel, that the above-entitled matter is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs

Dated: January 28, 2020             PHILIP MAURIELLO JR.
                                    Arete Law A.P.C.

                                    By: /s/ Philip Mauriello Jr.
                                    Philip Mauriello Jr., Esq
                                    Attorney for Plaintiff Stephen Nichols


Dated: January 28, 2020             SCOTT A. KRONLAND
                                    STACEY M. LEYTON
                                    REBECCA C. LEE
                                    Altshuler Berzon LLP

                                    By:   /s/ Rebecca C. Lee
                                          Rebecca C. Lee

                                    Attorneys for Defendant United Domestic
                                    Workers of America, AFSCME Local 3930

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document. |

Dated: January 28, 2020                               <u>/s/Philip Mauriello Jr.</u>

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 28, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on January 28, 2020, at San Diego, California.

*/s/Philip Mauriello Jr.*